pIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD RATLIFF,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3373 |
| | : | |
| **DETECTIVE MICHAEL GETTLER,** *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 14th day of September, 2023, upon consideration of Plaintiff Edward Ratliff *pro se* Complaint (ECF No. 1), it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) for the reasons stated in the Court's Memorandum.

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ Gerald Austin McHugh

**GERALD A. MCHUGH, J.**