IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD RATLIFF,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3373** |
| | : | |
| **DETECTIVE MICHAEL GETTLER,** *et al.* | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of November, 2024, upon consideration of Plaintiff Edward Ratliff's motion filed pursuant to Federal Rule of Civil Procedure 60(b)(6), and the attached *pro se* Amended Complaint (ECF No. 11), it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to reopen this case and separately file the Amended Complaint (ECF No. 11, pages 7-13) on the docket.

3. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). No leave to amend will be granted. Should Ratliff's conviction ever be overturned or its validity otherwise impugned, he may file a new civil action to reassert his claims for money damages.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

/s/ Gerald Austin McHugh

_____
**GERALD A. MCHUGH, J.**